IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

CANDELARIO CALIHUA FLORES,　　　　§
Immigration No. A 220-961-110,　　　　§
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　*Petitioner*,　　　　　　　　§
　　　　　　　　　　　　　　　　§
VS.　　　　　　　　　　　　　§　　CIVIL ACTION NO. SA-26-CV-443-FB
　　　　　　　　　　　　　　　　§
KRISTI NOEM, in Her Official Capacity as　§
Secretary of the Department of Homeland　§
Security; TODD M. LYONS, in His Official　§
Capacity as Acting Director of U.S. Immigration §
and Customs Enforcement; MIGUEL　　§
VERGARA, in His Official Capacity as Director §
of the San Antonio Field Office of ICE,　§
Enforcement and Removal Operations; BOBBY §
THOMPSON, Warden of the South Texas ICE §
Processing Center; and DAREN K. MARGOLIN, §
Director of the Executive Office for Immigration §
Review,　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　*Respondents*.　　　　　　§

**J U D G M E N T**

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Granting in Part Petition for Writ of Habeas Corpus filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241  (ECF No. 1) is GRANTED IN PART such that Respondents are ORDERED to:  (1) provide Petitioner Candelario Calihua Flores with a bond hearing before an immigration judge, or (2) release Petitioner Candelario Calihua Flores (A#220-961-110) from custody according to the terms and conditions set forth in the Court's Order.  In all other respects, the Petition is DENIED.

IT IS FURTHER ORDERED that motions pending, if any, are DISMISSED AS MOOT, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 11th March, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE